In the Matter of the Probate of the Last Will and Testament of CHARLES JONES, Deceased. ELIZA JONES, Appellant; OSCAR E. SLOCUM, Respondent. — Decree affirmed, with costs against the appellant personally. All concurred.

BERTHA STEPHAN, Respondent, v. THE CITY OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concurred.

D. SPENCER LONGWELL, Respondent, v. WILLIAM P. MURPHY and Others, Respondents. MATTHEW E. SHANNON, Appellant.— Orders reversed, with ten dollars costs and disbursements. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

WEBER-PEUTHERT COMPANY, Appellant, v. ABRAHAM N. LEVENTHAL, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Estate of PATRICK JUDGE, Deceased. ELIZABETH JUDGE, Appellant; MARY M. JUDGE and Others, Respondents.— Decree affirmed, with separate bills of costs to each party appearing upon this appeal by separate attorney, payable out of the estate. All concurred.

MARY E. MOORE, Respondent, v. THE MOHICAN COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMESTOWN ELECTRIC MILLS, INC., Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, in view of the testimony of the State agents a question of fact was presented by the evidence as to whether the defendant offered the commodity for sale at Jamestown. All concurred.

NATALIE GEORGER JEWETT, as Administratrix, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.

JOSEPHINE A. BEECHER and Another, as Executors, etc., and Another, Appellants, v. PETER A. VOGT MANUFACTURING COMPANY and Others, Respondents.— Judgment affirmed, with costs. All concurred; Hubbs, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAKE BATAGLIA, Appellant.— Judgment of conviction reversed and new trial granted. Held, 1. That the evidence is not so clear and convincing that it can be said that the improper remarks of the district attorney in summing up did not affect the result. 2. In view of this holding it is unnecessary to pass upon the sufficiency of the indictment. All concurred.

ARTHUR H. PRITCHARD, as Trustee in Bankruptcy of the ADAMITE ABRASIVE COMPANY, Appellant, v. AMERICAN FIRE INSURANCE COMPANY OF NEWARK, Respondent.— Judgment and order affirmed, with costs. All concurred.